UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE 2, et al.,<br><br>        Plaintiff,<br><br>    v.<br><br>OFFICER S. MERRILL, et al.,<br><br>        Defendants. | Case No. EDCV 19-00612 DMG (RAOx)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all of the other records and files herein, and the Magistrate Judge's Report and Recommendation ("Report"). The time for filing objections to the Report has passed, and no objections have been filed. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

///
///
///
///
///
///
///

Accordingly, IT IS ORDERED that Plaintiffs' official capacity claims are dismissed with leave to amend. Within 14 days of the date of this order, Plaintiffs shall file either a first amended complaint or a notice of dismissal of the official capacity claims. Defendants' responsive pleading or Rule 12(b) motion shall be filed within 14 days of service of a first amended complaint or a notice of dismissal.

DATED: September 16, 2019

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE